USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :     **16 CR 809(VM)**
          -against-                :         **ORDER**
                                   :
SHAQUILLE BAILEY,                  :
                                   :
               Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the sentencing before the Honorable Victor Marrero on Friday, August 21, 2020 at 12:00 p.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
          21 August 2020

_____
Victor Marrero
U.S.D.J.