```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :    16 CR 809(VM)
         -against-                :       ORDER
                                  :
SHAQUILLE BAILEY,                 :
                                  :
                 Defendant.       :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the conference before the Honorable Victor Marrero on Friday, May 14, 2021 at 9:30 a.m. shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         12 May 2021

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2021