```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :    16 CR 809(VM)
          -against-               :       ORDER
                                  :
SHAQUILLE BAILEY,                 :
                                  :
                 Defendant.       :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The Court held a hearing on May 14, 2021 regarding alleged violations of the terms of defendant Shaquille Bailey's supervised release. (See Minute Entry dated 5/14/2021.) As indicated by the minute entry for the proceeding, the Court imposed two additional terms to Defendant's supervised release, namely that: (1) Mr. Bailey shall refrain from contact with the individual who is currently the subject of a protective order issued against Mr. Bailey in New York state court; and (2) Mr. Bailey shall be placed on home confinement with GPS location monitoring and exceptions for employment, health-related appointments, and other activities as approved by the Probation Department.

**SO ORDERED:**

Dated:   New York, New York
         20 May 2021

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2021