**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 7/13/2022 |

UNITED STATES OF AMERICA

       - against -

SHAQUILLE BAILEY,

          Defendant.

16 CR 809 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Upon the request from counsel representing the above-captioned defendant, William Stampur, it is hereby ordered that Mr. Stampur is substituted and the representation of the defendant is assigned to C.J.A. attorney Cesar de Castro.

    It is also ordered that a hearing to address the Defendant's violation of supervised release is scheduled for August 5, 2022, at 9:30 a.m.

**SO ORDERED.**

Dated: July 13, 2022
     New York, New York

_____
      **VICTOR MARRERO**
        **U.S.D.J.**