**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

        - against -

SHAQUILLE BAILEY,

        Defendant.

16 CR 809 (VM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/22

**VICTOR MARRERO, United States District Judge.**

The hearing on August 5, 2022, to address the Defendant's violation of supervised release is rescheduled from at 9:30 a.m. to 11:00 a.m.

**SO ORDERED.**

Dated: July 28, 2022
      New York, New York

_____
**VICTOR MARRERO**
**U.S.D.J.**