```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

       -against-

SHAQUILLE BAILEY,

       Defendant.

---

**16 CR 809 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, U.S.D.J.:**

    The sentencing hearing for defendant Shaquille Bailey currently scheduled for September 30, 2022, is hereby adjourned to November 4, 2022, at 3:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
            September 28, 2022

                                            _____
                                            **VICTOR MARRERO**
                                                  **U.S.D.J.**