```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

             Plaintiff,

- against -

SHAQUILLE BAILEY,

             Defendant.

**16 Crim. 809 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The hearing to address defendant Shaquille Bailey's violations of the conditions of his supervised release, originally scheduled for November 4, 2022, is hereby adjourned until December 2, 2022, at 3 p.m.

**SO ORDERED.**

Dated:    27 October 2022
            New York, New York

                                            Victor Marrero
                                              U.S.D.J.