USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/28/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

SHAQUILLE BAILEY,

                Defendant.

**16 Cr. 809 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The hearing to address certain alleged violations of Defendant's supervised release is scheduled for Thursday, May 11, 2023, at 11:00 a.m. in Courtroom 15B, 500 Pearl Street, NY, NY.

**SO ORDERED.**

Dated:    28 April 2023
            New York, New York

                                          _____
                                            Victor Marrero
                                              U.S.D.J.