USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/10/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

SHAQUILLE BAILEY,

                Defendant.

**16 Cr. 809 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The hearing to address alleged violations of supervised release, scheduled for May 11, 2023, at 11:00 a.m., is hereby rescheduled to 2:30 p.m. on May 11, 2023.

**SO ORDERED.**

Dated:    10 May 2023
            New York, New York

_____
              Victor Marrero
                U.S.D.J.