**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/11/2023

UNITED STATES OF AMERICA,

                        Plaintiff,

          - against -

SHAQUILLE BAILEY,

                        Defendant.

**16 Cr. 809 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

      The hearing to address defendant's alleged violations of supervised release is hereby rescheduled to June 2, 2023 at 10:30 a.m.


**SO ORDERED.**

Dated:     11 May 2023
               New York, New York

_____
               Victor Marrero
                 U.S.D.J.