UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

SHAQUILLE BAILEY,

                Defendant.

16 Cr. 809 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Upon request of the Defendant, the conference scheduled for June 2, 2023 in this matter is hereby adjourned to June 9, 2023 at 11:30 a.m.

**SO ORDERED.**

Dated:    1 June 2023
            New York, New York

                                          Victor Marrero
                                            U.S.D.J.