```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/07/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

SHAQUILLE BAILEY,

                Defendant.

**16 Cr. 809 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Upon request of the Defendant, the conference to address alleged violations of supervised release scheduled for June 9, 2023 is hereby adjourned to June 30, 2023 at 1:00 p.m.

**SO ORDERED.**

Dated:    7 June 2023
             New York, New York

                                                _____
                                                  Victor Marrero
                                                    U.S.D.J.