USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

SHAQUILLE BAILEY,

                Defendant.

**16 Cr. 809 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The proceeding currently scheduled for June 30, 2023 is hereby adjourned to July 7, 2023 at 10:30 a.m.

**SO ORDERED.**

Dated:    29 June 2023
            New York, New York

                                              _____
                                                Victor Marrero
                                                  U.S.D.J.