```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

SHAQUILLE BAILEY,

                Defendant.

**16 Cr. 809 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Per the request of the Probation Department, and with consent of the defendant, Shaquille Bailey, and his counsel and with no objection from the Government, the defendant's conditions of bail are modified to include the following:

> You must be monitored by the form of location monitoring indicated below for a period of 6 months and must abide by all technology requirements. You must pay all or part of the costs of participation in the location monitoring program as directed by the court and the probation officer.
>
>   X    Location monitoring technology at the discretion of the officer
>
> The selected form of location monitoring technology must be utilized to monitor the following restriction on your movement in the community as well as other court-imposed conditions of release:
>
>   X    You are restricted to your residence at all times except for employment; education; religious services; medical, substance use disorder, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as preapproved by the officer. This includes staying away from the residence of Laquentta Wallace until state charges and VOSR are resolved. (Home Detention).

1

**SO ORDERED.**

Dated:     18 July 2023
           New York, New York

                                                                                                       _____
                                                                                                        Victor Marrero
                                                                                                            U.S.D.J.