UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  - against -<br><br>SHAQUILLE BAILEY,<br><br>      Defendant. | **16 Cr. 809 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO**, United States District Judge.

  Upon consent of the parties, the status conference currently scheduled for October 13, 2023 at 2:30 p.m. is hereby adjourned to 9:30 a.m. on December 1, 2023.

**SO ORDERED.**

Dated:  10 October 2023
      New York, New York

_____
Victor Marrero
U.S.D.J.

1